# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 27, 2015

_____

## RULE 45 NOTICE-BRIEF/APPENDIX

_____

No.   15-1485,      James Sink, Jr. v. BB&T Insurance Services, Inc

       6:14-cv-00375-HMH

TO:    James A. Sink

**BRIEFING DOCUMENT DUE:** 11/12/2015

The court has not received the briefing document(s) identified below, which are now overdue under this court's briefing order. Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the document(s) and a motion to extend filing time are received in the clerk's office, or the default is otherwised remedied, within 15 days of the date of this notice. The deadlines for any subsequent briefs will be extended after filing of the past-due brief.

_____

  [x] Opening brief and appendix


T. Fischer, Deputy Clerk
804-916-2704